IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Young, Ann L

Printed: 12/02/08

Case Number: 06 B 05766
Judge: Goldgar, A. Benjamin
Filed: 5/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 30, 2008
Confirmed: August 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,808.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,722.93 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,250.00 |
| Trustee Fee: |  | 785.46 |
| Other Funds: |  | 49.61 |
| Totals: | 14,808.00 | 14,808.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,250.00 | 2,250.00 |
| 2. | ECast Settlement Corp | Unsecured | 1,757.43 | 750.89 |
| 3. | World Financial Network Nat'l | Unsecured | 144.10 | 55.54 |
| 4. | World Financial Network Nat'l | Unsecured | 184.00 | 78.60 |
| 5. | World Financial Network Nat'l | Unsecured | 135.95 | 52.41 |
| 6. | World Financial Network Nat'l | Unsecured | 332.13 | 128.05 |
| 7. | World Financial Network Nat'l | Unsecured | 201.51 | 86.08 |
| 8. | World Financial Network Nat'l | Unsecured | 167.53 | 71.55 |
| 9. | ECast Settlement Corp | Unsecured | 2,987.81 | 1,276.55 |
| 10. | Capital One | Unsecured | 99.88 | 34.24 |
| 11. | World Financial Network Nat'l | Unsecured | 298.52 | 115.06 |
| 12. | Specialized Management Consultants | Unsecured | 365.34 | 156.09 |
| 13. | United States Dept Of Education | Unsecured | 8,454.66 | 3,612.26 |
| 14. | Resurgent Capital Services | Unsecured | 6,056.78 | 2,587.79 |
| 15. | B-Real LLC | Unsecured | 3,713.66 | 1,586.69 |
| 16. | Wells Fargo Financial | Unsecured | 208.65 | 89.15 |
| 17. | Resurgent Capital Services | Unsecured | 2,438.81 | 1,041.98 |
| 18. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 19. | Chicago Lakeshore Hospital | Unsecured | | No Claim Filed |
| 20. | Harris Bank | Unsecured | | No Claim Filed |
| 21. | Fingerhut | Unsecured | | No Claim Filed |
| 22. | Columbia College | Unsecured | | No Claim Filed |
| 23. | Lew Margram | Unsecured | | No Claim Filed |
| 24. | Medical Associates | Unsecured | | No Claim Filed |
| | | | $ 29,796.76 | $ 13,972.93 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Young, Ann L

Printed: 12/02/08

Case Number:  06 B 05766
Judge:  Goldgar, A. Benjamin
Filed:  5/19/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 92.55 |
| 4.8% | 139.89 |
| 5.4% | 473.28 |
| 6.5% | 79.74 |
| | $ 785.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

